FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0351

IN THE MATTER OF D.A.B., A
JUVENILE

§
§
§
§
§
§
§

Angelina County,

12th District.

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 14 2015

TYLER, TEXAS
PAM ESTES, CLERK

July 31, 2015

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 11th day of September, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk